IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

Courtroom Deputy:  Cathy Pearson
Court Reporter:  Tammy Hoffschildt
Probation:  n/a

Date:  February 10, 2023
Interpreter:  n/a

**CASE NO.  22-cr-00313-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Jena Neuscheler |
| | Julia Martinez |
| Plaintiff, | |
| v. | |
| JAREH SEBASTIAN DALKE, | Timothy O'Hara |
| | David Kraut |
| Defendant. | |

**COURTROOM MINUTES**

**STATUS CONFERENCE**
**COURT IN SESSION:**      12:58 p.m.

Appearances of counsel.   Defendant is present in custody.

Preliminary remarks made by the Court.

Discussion held regarding the status of the case.

A status conference in 90 days will be set by separate order, at which the defendant must be present.

**ORDERED:**  Defendant remanded to the custody of the U.S. Marshal Service.

**COURT IN RECESS:**      1:22 p.m.
**Total in court time:**      00:24
**Hearing concluded.**