IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt<br>Probation:  n/a | Date:  May 31, 2023<br>Interpreter:  n/a |

**CASE NO.   22-cr-00313-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JAREH SEBASTIAN DALKE,<br><br>      Defendant. | Julie Martinez<br>Jena Neuscheler<br><br><br><br><br>David Kraut<br>Timothy O'Hara |

**COURTROOM MINUTES**

**STATUS CONFERENCE**
**COURT IN SESSION:**    1:01 p.m.

Appearances of counsel.   Defendant is present and in custody.

Preliminary remarks made by the Court.

Discussion held regarding the status of the case and the setting of future hearings.

**ORDERED:**   Further Status Conference is set for **July 25, 2023, at 1:00 p.m.** <u>**Defendant's presence is not required.**</u>   If counsel for defendant decide that the defendant's presence is required, a motion shall be filed in a timely manner in order to have the defendant transported from the facility where he is being held.

**ORDERED:**   Defendant remanded to the custody of the U.S. Marshal Service.

**COURT IN RECESS:**       1:34 p.m.
**Total in court time:**       00:33
**Hearing concluded.**