IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Janet Coppock<br>Probation:  n/a | Date:  July 25, 2023<br>Interpreter:  n/a |

**CASE NO.   22-cr-00313-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Julia Martinez |
| | Jena Neuscheler |
| Plaintiff, | |
| v. | |
| JAREH SEBASTIAN DALKE, | David Kraut |
| Defendant. | |

### *AMENDED* COURTROOM MINUTES

**STATUS CONFERENCE**
**COURT IN SESSION:**      1:01 p.m.

Appearances of counsel.   Defendant is not present; presence waived.

Preliminary remarks made by the Court.

Discussion held regarding the status of the case and scheduling matters.

**ORDERED:  *On or before October 6, 2023, the parties shall file either a Notice of Disposition or a joint proposed schedule order.***

**COURT IN RECESS:**      1:33 p.m.
**Total in court time:**      00:32
**Hearing concluded.**