IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00313-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAREH SEBASTIAN DALKE,

    Defendant.

## NOTICE OF DISPOSITION

Mr. Jareh Sebastian Dalke ("Mr. Dalke"), through undersigned counsel, David Kraut and Timothy P. O'Hara, Assistant Federal Public Defenders, hereby notifies this Court that a disposition has been reached in this case with the government. Mr. Dalke would request a change of plea hearing for the court to consider the proposed plea agreement

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:	(303) 294-7002
FAX:	(303) 294-1192
Email:	David_Kraut@fd.org
Attorney for Mr. Dalke

>s/ *Timothy P. O'Hara*
>TIMOTHY P. O'HARA
>Assistant Federal Public Defender
>633 Seventeenth Street, Suite 1000
>Denver, CO 80202
>Telephone: (303) 294-7002
>FAX: (303) 294-1192
>Email: timothy_ohara@fd.org
>Attorney for Mr. Dalke

CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2023, I filed the foregoing ***Notice of Disposition*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Julia K. Martinez, Assistant United States Attorney
Email:  julia.martinez@usdoj.gov

Jena R. Neuscheler, Assistant United States Attorney
Email: jena.neuscheler@usdoj.gov

Adam L. Small, Assistant United States Attorney
Email: adam.small@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Jareh Sebastian Dalke (via U.S. mail)

>s/ *David Kraut*
>DAVID KRAUT
>Assistant Federal Public Defender
>633 17th Street, Suite 1000
>Denver, CO  80202
>Telephone:     (303) 294-7002
>FAX:           (303) 294-1192
>Email:         David_Kraut@fd.org
>Attorney for Mr. Dalke

2