IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00313-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAREH SEBASTIAN DALKE,

    Defendant.

## UNOPPOSED MOTION TO BIFURCATE SENTENCING HEARING

Mr. Jareh Sebastian Dalke ("Mr. Dalke"), by and through undersigned counsel, David Kraut and Timothy P. O'Hara, Assistant Federal Public Defenders, hereby respectfully moves the Court to conduct the sentencing hearing in this case in two stages. The parties have conferred regarding this matter and the government does not oppose this request.

The sentencing hearing in this case will necessarily involve discussion of both classified and unclassified information. For example, Mr. Dalke intends to submit a classified expert report in support of his sentencing request, to discuss the content of this report at sentencing, and to address the nature and content of the classified information he attempted to transmit to an agent of a foreign government.[1] Presumably, the government and Court will respond to these arguments. These discussions cannot occur in a public setting. On the other hand, the parties will also address the unclassified Presentence Report ("PSR"), the guideline range, and other unclassified matters. These discussions should occur in open court.

---

[1] To the extent required by the Classified Information Procedures Act ("CIPA"), the defense provides notice to the Court and government of its intent to provide the Court with classified information at Mr. Dalke's sentencing hearing. *See* 18 U.S.C. App. 3, § 5.

The Classified Information Procedures Act ("CIPA") sets forth procedures relating to the disclosure and use of classified information before and during trial, but does not directly address sentencing procedures. *See* 18 U.S.C. App. 3, §§ 4 (discovery); 5 (defense disclosure in connection with trial or pretrial proceeding); and 6 (procedure for trial or pretrial proceedings). However, the need to prevent public disclosure of classified information during trial and pretrial procedures applies equally to sentencing. To meet this need, Mr. Dalke proposes the following procedure.

The hearing would occur in two phases: a classified phase, held in a non-public, secure setting and attended only by Mr. Dalke and cleared personnel; and a non-classified phase, held in open court and open to the public. Both would be transcribed, and the transcript of the classified portion would remain under Level 4 Restriction (Court access only)[2] unless the District Court specifically orders it to be disclosed to one or more approved recipient(s). Mr. Dalke defers to the Court as to the timing of the two phases, but suggests holding the classified portion first, if only to prevent repeated movement of Mr. Dalke and cleared security agents between non-public and public locations.

---

[2] *See* D.C.Colo.LCr.R 47.1(b).

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ David Kraut
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:     (303) 294-7002
FAX:               (303) 294-1192
Email:             David_Kraut@fd.org
Attorney for Defendant

s/ Timothy P. O'Hara
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: timothy_ohara@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I filed the foregoing ***Unopposed Motion to Bifurcate Sentencing Hearing*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Julia K. Martinez, Assistant United States Attorney
Email:  julia.martinez@usdoj.gov

Jena R. Neuscheler, Assistant United States Attorney
Email: jena.neuscheler@usdoj.gov

Christina Clark, Assistant United States Attorney
Email: christina.clark3@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Jareh Sebastian Dalke (via U.S. mail)

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:     (303) 294-7002
FAX:                (303) 294-1192
Email:              David_Kraut@fd.org
Attorney for Defendant