IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:22-cr-313-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JAREH SEBASTIAN DALKE,

     Defendant.

_____

## GOVERNMENT'S UNOPPOSED MOTION
## TO EXCEED PAGE LIMITATION

_____

The United States of America, by and through Julia Martinez and Jena Neuscheler, Assistant United States Attorneys, respectfully moves for leave to file the Government's Position with Respect to Sentencing, ECF 54, in excess of this Court's page limitation.

Pursuant to Section III(A)(1) of this Court's Criminal Practice Standards, briefs are not to exceed 15 pages, excluding the certificate of service. Upon a showing of good cause, the Court may allow for additional pages.

This is a complex espionage case involving a significant number of factual and legal issues.  The Government's Position with Respect to Sentencing is 21 pages long, excluding the certificate of service.  The government's brief provides additional details about the nature and circumstances of the defendant's espionage activities, including the many steps the defendant took to prepare for his betrayal.  The government's brief also addresses the unique and serious harm that the defendant's conduct posed to the

national security of the United States.  The brief further explains why the government's requested sentence is consistent with other analogous espionage cases.  The government believes six additional pages are necessary to address all of the 18 U.S.C. § 3553(a) factors with appropriate thoroughness.

Counsel for the government has conferred with counsel for the defendant, who has stated that he does not oppose this motion.  Accordingly, the government moves for leave to file its sentencing statement in excess of the page limitation.

Respectfully submitted this 1st day of April, 2024.

COLE FINEGAN
United States Attorney

By: _s/ Julia Martinez_
Julia Martinez
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail:  Julia.Martinez@usdoj.gov
Attorney for Government

By: _s/ Jena Neuscheler_
Jena Neuscheler
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail:  Jena.Neuscheler@usdoj.gov
Attorney for Government

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of April 2024, I filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send an electronic notification to all

counsel of record.

*s/Portia Peter*
Legal Assistant
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Email: Portia.Peter@usdoj.gov