IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-313-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

   1.  JAREH SEBASTIAN DALKE,

      Defendant.

_____

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL
ONE-LEVEL DECREASE PURSUANT TO U.S.S.G. § 3E1.1(b)**
_____

The United States, through the undersigned Assistant United States Attorneys, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b). Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

Respectfully submitted this 1st day of April, 2024.


COLE FINEGAN
United States Attorney

By:  *s/ Julia Martinez*　　　　　　By:  *s/ Jena Neuscheler*　　　
Julia Martinez　　　　　　　　　　　Jena Neuscheler
Assistant U.S. Attorney　　　　　　　Assistant U.S. Attorney
U.S. Attorney's Office　　　　　　　U.S. Attorney's Office
1801 California St., Ste. 1600　　　　1801 California St., Ste. 1600
Denver, CO 80202　　　　　　　　　Denver, CO 80202
Telephone: 303-454-0100　　　　　　Telephone: 303-454-0100
E-mail:  Julia.Martinez@usdoj.gov　　E-mail:  Jena.Neuscheler@usdoj.gov
Attorney for Government　　　　　　Attorney for Government

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of April, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

> *s/Portia Peter*
> Legal Assistant
> United States Attorney's Office
> 1801 California Street, Suite 1600
> Denver, CO 80202
> Telephone: 303-454-0100
> Email: Portia.Peter@usdoj.gov