IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00313-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAREH SEBASTIAN DALKE,

       Defendant.

## NOTICE OF FILING OF CLASSIFIED RESPONSE TO GOVERNMENT'S CLASSIFIED SENTENCING PLEADINGS

Mr. Jareh Sebastian Dalke, through undersigned counsel, David Kraut and Timothy P. O'Hara, Assistant Federal Public Defenders, filed a classified Response to the Government's classified sentencing pleadings directly with the Clerk of Court in the District of Colorado and counsel for Mr. Dalke served a copy of said supplement on government counsel.

                                              Respectfully submitted,

                                              VIRGINIA L. GRADY
                                              Federal Public Defender

                                              s/ *Timothy P. O'Hara*
                                              TIMOTHY P. O'HARA
                                              Assistant Federal Public Defender
                                              633 Seventeenth Street, Suite 1000
                                              Denver, CO 80202
                                              Telephone: (303) 294-7002
                                              FAX: (303) 294-1192
                                              Email: timothy_ohara@fd.org
                                              Attorney for Mr. Dalke

Case No. 1:22-cr-00313-RM   Document 70   filed 04/18/24   USDC Colorado   pg 2 of 2

s/ *David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Attorney for Mr. Dalke

CERTIFICATE OF SERVICE

I certify that on April 18, 2024, I filed the aforementioned Classified Response with the Clerk of Court in the District of Colorado directly, providing a copy of the document to:

Julia K. Martinez, Assistant United States Attorney

s/ *Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: timothy_ohara@fd.org
Attorney for Mr. Dalke

2