**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Raymond P. Moore**

Criminal Case No.  22-cr-00313-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      JAREH SEBASTIAN DALKE,

        Defendant.

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AND FIREARM**

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment and Firearm (ECF No. 72) against Defendant Jareh Sebastian Dalke pursuant to 18 U.S.C. § 794(d), 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and Fed. R. Crim. R. 32.2(b). The Court having read said Motion and being fully advised in the premises finds:

On October 6, 2022, the grand jury charged defendant Jareh Sebastian Dalke by Indictment with: Attempt to Transmit National Defense Information to An Officer or Agent of a Foreign Government in Count One through Six, in violation of 18 U.S.C. § 794(a).   The Indictment also sought forfeiture of  any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations;

and a money judgment in the amount of proceeds obtained by the defendant, pursuant to 18 U.S.C. § 794(d)(1). (Doc. 16, at 14-15).

On October 23, 2023, the United States and defendant Jareh Sebastian Dalke entered into a Plea Agreement, which provided that defendant would plead guilty to Counts One through Six Attempt to Transmit National Defense Information to an Officer or Agent of a Foreign Government, in violation of 18 U.S.C. § 794(a).  It also contained a factual basis and cause to forfeit:

(1) A money judgment in the amount of $4,628.21; and

(2) A Sig Sauer P938 Pistol and one (1) empty magazine, S/N 5LB248312, 9mm, seized by law enforcement from the defendant on or about September 28, 2022.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Jareh Sebastian Dalke in the amount of $4,628.21 shall be entered in accordance with 18 U.S.C. § 794(d).  Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT all assets involved in the commission of the offense, including, but not limited to: a Sig Sauer P938 Pistol and one (1) empty magazine, S/N 5LB248312, 9mm seized by law enforcement on or about September 28, 2022 shall be forfeited to the United States in accordance with 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c);

3

THAT this Preliminary Order of Forfeiture may be amended pursuant to Fed. R. Crim. P. 32.2(e)(1).

DATED this 26th day of April, 2024.

BY THE COURT:

_____
RAYMOND P. MOORE
Senior United States District Judge